UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Stanley Houston

    v.

Case No. 1:12-fp-425

Ohio Department of Mental Health Services,
    et al

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

The [7] addendum to [1] complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the addendum.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the [7] addendum, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

SO ORDERED.

/S/ Landya B. McCafferty
Landya B. McCafferty
United States Magistrate Judge

Date: May 15, 2013

cc:  Stanley Houston, pro se